No. 42114.—Protests 775351–G, etc., of P. Pastene & Co., Inc. (New York).

Opinion by KEEFE, J.  On the authority of Abstract 40880 and *Locatelli* v. *United States* (T. D. 48284) the court sustained the protests.

No. 42115.—Protests 730520–G, etc., of Gus Sclafani et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) and Abstract 40880 the protests were sustained.

No. 42116.—Protests 693437–G, etc., of Moosalina Products Corp. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302), *Locatelli* v. *United States* (T. D. 49389), and Abstract 40880 the protests were sustained.

No. 42117.—Protests 664094–G, etc., of F. Romeo & Co., Inc., et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302), *Locatelli* v. *United States* (T. D. 49389), and Abstract 40880 the protests were sustained.

No. 42118.—Protests 662733–G, etc., of C. Montagnino & Son, Inc. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) and Abstract 40880 the protests were sustained.

No. 42119.—Protests 654655–G, etc., of D. & A. Sclafani (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302), *Locatelli* v. *United States* (T. D. 49389), and Abstract 40880 the protests were sustained.

No. 42120.—Protests 659121–G, etc., of Blum Bros. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302), *Locatelli* v. *United States* (T. D. 49389), and Abstract 40880 the protests were sustained.

No. 42121.—Protests 788113–G, etc., of Swift & Co. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

No. 42122.—Protests 778325–G, etc., of S. Galle & Co. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.